IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONALD K. WRIGHT, | § | |
| | § | |
| Defendant Below- | § | No. 154, 2017 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 0803024468 (N) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: May 16, 2017
Decided: July 6, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

This 6th day of July 2017, after careful consideration of the parties' arguments on appeal and the record, it is manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated March 29, 2017. The Superior Court did not err in concluding that appellant's "Motion for Void Judgment" under Civil Rule 60(b)(4) was an untimely motion to reargue the Superior Court's order denying the appellant's second motion for postconviction relief.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice